March 16, 2015

83,020-01

# Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Bennie Williams F-2011-0030-A WHC #1
TDCJ #1784463 Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 20 2015
Abel Acosta, Clerk

my application for writ of Habeas Corpus under Article 11.07 that were received and filed to Denton County District Clerk on 1-15-2015 .... P.O. Box 2146 Denton, TX. 76202 Ph. 940-349-2210 Fax 940-349-2211: the following days (35) has expired. as of today, there has not been a order to a hearing. has the Court of Criminal Appeals received my Petition for writ of Habeas Corpus? If so, would you please forward this information to the above name and number.

respectfully,
applicant; Bennie Williams
#1784463 - 4D - 59B